UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

      Plaintiff,

v.

CITIBANK, N.A.,

      Defendant.
_____/

Case No. 2:17-CV-10330-GAD-APP
Honorable Gershwin A. Drain

Nemer N. Hadous (CA #264431)
Robert A. Hadous (P-32635)
HADOUS|CO. PLLC
24725 W. 12 Mile Rd., Ste. 110
Southfield, Michigan 48034
(248) 663-5155
nhadous@hadousco.com
Attorneys for Plaintiff Thomas Bally

## NOTICE OF SETTLEMENT

Plaintiff Thomas Bally, by counsel, and pursuant to Mich. LR 41.1, respectfully submits this Notice of Settlement with Defendant Citibank, N.A., (collectively, the "Parties").

1.    The Parties have agreed on the essential terms of a settlement. There are no other Defendants in this action.

2.    Plaintiff will submit a Notice of Dismissal once the settlement process is complete.

3. The Parties anticipate the settlement process will take 30 days or less to complete.

**RESPECTFULLY SUBMITTED** this 4th day of April 2017,

**HADOUS|CO. PLLC**

By: /s/Nemer N. Hadous
Nemer N. Hadous (CA #264431)
Attorneys for Plaintiff Bally

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**RESPECTFULLY SUBMITTED** this 4th day of April 2017,

**HADOUS|CO. PLLC**

By: /s/Nemer N. Hadous
Nemer N. Hadous (CA #264431)
Attorneys for Plaintiff Bally