UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

     Plaintiff,

v.

CITIBANK, N.A.,

     Defendant.
_____/

Case No. 2:17-CV-10330-GAD-APP
Honorable Gershwin A. Drain

Nemer N. Hadous (CA #264431)
Robert A. Hadous (P-32635)
HADOUS|CO. PLLC
24725 W. 12 Mile Rd., Ste. 110
Southfield, Michigan 48034
(248) 663-5155
nhadous@hadousco.com
Attorneys for Plaintiff Thomas Bally

## NOTICE OF DISMISSAL

Plaintiff Thomas Bally, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully submits this notice dismissal of Defendant Citibank, N.A. with prejudice and without costs or attorney fees to either party.

Since Citibank is the only named defendant, this dismissal fully resolves the action.

**RESPECTFULLY SUBMITTED** this 16th day of May 2017,

        **HADOUS|CO. PLLC**

        By:  /s/Nemer N. Hadous
        Nemer N. Hadous (CA #264431)
        Attorneys for Plaintiff Bally

### CERTIFICATE OF SERVICE

I hereby certify that on May 16 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**RESPECTFULLY SUBMITTED** this 16th day of May 2017,

        **HADOUS|CO. PLLC**

        By:  /s/Nemer N. Hadous
        Nemer N. Hadous (CA #264431)
        Attorneys for Plaintiff Bally