UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALLY,

        Plaintiff,                      Case No. 2:17-CV-10330-GAD-APP

v.                                      Honorable Gershwin A. Drain

CITIBANK, N.A.,

        Defendant.
_____/

## ORDER TO DISMISS

## DEFENDANT CITIBANK, N.A. WITH PREJUDICE

The Court having received the Plaintiff's Notice of Dismissal [dkt. # 9], and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Citibank, N.A., shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

                                                /s/Gershwin A Drain

                                                Honorable Gershwin A. Drain
                                                U.S. District Court Judge

Dated: May 19, 2017